FREDERICK MARTINE, by MARY MARTINE, His Guardian ad Litem, Appellant, v. STREET & SMITH CORPORATION, a Foreign Corporation, Respondent.— Order denying plaintiff's motion to vacate defendant's notice for examination before trial affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

RALPH T. MAUL, Appellant, v. JOHN L. RYAN, Respondent.— Order modified so as to permit the examination of defendant upon the items contained in the notice of motion and numbered 4, 5, 6 and 7, except the first clause of said item 7, " whether the defendant has cheated and defrauded the plaintiff of his aforesaid stock," and as so modified affirmed, with ten dollars costs and disbursements. We think the learned Special Term improperly limited the examination to the first two items contained in the notice of motion, and that the matters as to which this court modifies the order and allows the examination are plainly matters which plaintiff must prove in order to make out his cause of action. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

OLGA PETROVA, Respondent, v. WILLIAM HENRY ROBERTS, Appellant.— Order denying motion to set aside and vacate service of summons and complaint reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon authority of *Person* v. *Grier* (66 N. Y. 124); *Parker* v. *Marco* (136 id. 585); *Matthews* v. *Tufts* (87 id. 568); *Goldsmith* v. *Haskell* (120 App. Div. 403); *Powell* v. *Pangborn* (161 id. 453); *Howe* v. *Van Heusen* (210 id. 796); *Sampson* v. *Graves* (208 id. 522). Kelly, P. J., Jaycox and Manning, JJ., concur; Kapper and Lazansky, JJ., dissent upon the ground that defendant, having invoked the judicial power of the State by bringing an action against plaintiff, who is a resident of the State, should not be permitted to avoid it when plaintiff seeks to sue him on a cause of action which could not be the subject of a counterclaim to defendant's cause of action. The case presents an exception to the rule.

ANITA N. PROUT, Respondent, v. MORRIS MIRSKY, Appellant.— Judgment of the City Court of New Rochelle reversed on the law and the facts, with costs, and complaint dismissed, with costs, on the ground that there is no evidence justifying a recovery. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK V. BRUNO, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jaycox, Young, Kapper and Lazansky, JJ., concur; Kelly, P. J., dissents.